Order issued December 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00600-CV

**BALDEV SINGH, HARMISH KAUR, WAHE GURU ONE, LLC, AND SUBZI MANDI TEXAS LLC, Appellants**

V.

**HARVINDER SINGH AND RASPAL SINGH NIJJAR, Appellees**

## ORDER

We **GRANT** appellants' December 13, 2012 unopposed motion for postponement of oral argument. We **DIRECT** the Clerk of the Court to remove this case from the January 16, 2013 docket. The case will be resubmitted in due course. No further postponements will be granted.

MOLLY FRANCIS
PRESIDING JUSTICE